UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SVOBODA,<br><br>                    Plaintiff,<br><br>v.<br><br>MEDICAL MANAGEMENT INTERNATIONAL, INC. dba BANFIELD PET HOSPITAL; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No.:  20cv1952-MMA (NLS)<br><br>**ORDER SETTING EARLY NEUTRAL EVALUATION CONFERENCE** |

   Due to a conflict on the Court's calendar, the Court **VACATES** the Early Neutral Evaluation Conference ("ENE") set for November 4, 2020 and **RESETS** it for **November 10, 2020** at **10:00 a.m.**  The Court will hold the ENE via videoconference and the parties shall abide by the remainder of the procedures set forth in the Court's October 5th Notice and Order Setting Early Neutral Evaluation Conference.  *See* ECF No. 4.

   **IT IS SO ORDERED.**

Dated:  October 5, 2020

*[signature]*

Hon. Nita L. Stormes
United States Magistrate Judge