# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SVOBODA,<br><br>                      Plaintiff,<br><br>v.<br><br>MEDICAL MANAGEMENT INTERNATIONAL, INC.,<br><br>                      Defendant. | Case No. 20-cv-1952-MMA (NLS)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS**<br><br>[Doc. No. 9] |

The parties have filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  *See* Doc. No. 9.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**.  Each party shall bear its own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

      **IT IS SO ORDERED**.

Dated: December 3, 2020

                                                     _____<br>
                                                     HON. MICHAEL M. ANELLO<br>
                                                     United States District Judge